NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-1168

RANDALL B. CARTER,

Plaintiff-Appellant,

v.

ALK HOLDINGS, INC. (doing business as ACME Security)
and MICHAEL D. HASSEBROCK,

Defendants-Appellees.

Appeal from the United States District Court for the Northern District of Georgia
in 1:06-CV-2080, Chief Judge Jack T. Camp.

ON MOTION

## O R D E R

ALK Holdings, Inc. et al. move without opposition for leave to file a supplemental appendix.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion for leave to file a supplemental appendix is granted.

FOR THE COURT

_____          /s/ Jan Horbaly_____
Date                                Jan Horbaly
                                    Clerk

cc:   Robert M Ward, Esq.
      Elizabeth G. Borland, Esq.
s19